# IN THE SUPREME COURT OF THE STATE OF NEVADA

OUTDOOR PROMOTIONS, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
PATRICK OBENCHAIN, AS THE
GUARDIAN AD LITEM FOR CONAN
OBENCHAIN, A MINOR; CBS
OUTDOOR, INC.; BUSTOP SHELTERS
OF NEVADA, INC.; REGIONAL
TRANSPORTATION COMMISSION OF
SOUTHERN NEVADA; AND CLARK
COUNTY,
Real Parties in Interest.

No. 81607

**FILED**

JAN 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of petitioners and real parties in interest, this matter is dismissed. Each party shall bear its own costs. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-00940

cc:     Hon. Nancy L. Allf, District Judge
Hall Jaffe & Clayton, LLP
Bremer Whyte Brown & O'Meara, LLP/Las Vegas
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Clark County District Attorney/Civil Division
Stovall & Associates
Eighth District Court Clerk